1  LATHAM & WATKINS LLP
     Matthew Rawlinson (Bar No. 231890)
2     *matt.rawlinson@lw.com*
   140 Scott Drive
3  Menlo Park, California  94025
   Telephone:  +1.650.328.4600
4  Facsimile:  +1.650.463.2600

5

   LATHAM & WATKINS LLP
6     Kristin N. Murphy (Bar No. 268285)
     *kristin.murphy@lw.com*
7     Wesley Horton (Bar No. 307567)
     *wesley.Horton@lw.com*
8  650 Town Center Drive, 20th Floor
   Costa Mesa, California  92626-1925
9  Telephone:  +1.714.540.1235
   Facsimile:  +1.714.755.8290

10

11 *Attorneys for Defendants Aimmune*
   *Therapeutics, Inc., Jayson D.A. Dallas,*
12 *Mark T. Iwicki, Greg Behar, Brett K.*
   *Haumann, Mark D. McDade, Stacey D.*
13 *Seltzer, Patrick G. Enright, and Kathryn*
   *E. Falberg*
14
   *Additional Counsel on Signature Page*
15
                  UNITED STATES DISTRICT COURT
16
                NORTHERN DISTRICT OF CALIFORNIA
17
                     SAN FRANCISCO DIVISION
18

19                                  | Master File No. 3:20-CV-06733-MMC

20                                  | CLASS ACTION

   IN RE AIMMUNE THERAPEUTICS,      | STIPULATION TO STAY
21 INC. SECURITIES LITIGATION       | PROCEEDINGS PENDING
                                    | DELAWARE CHANCERY COURT
22                                  | DECISION AND [~~PROPOSED~~] ORDER;
                                    | DIRECTIONS TO PARTIES
23
24                                  | Judge: Hon. Maxine M. Chesney

25

26

27

28

1       Plaintiffs Steven Germano ("Mr. Germano"),  Bruce Svitak and Barbara C.

2 Svitak (the "Svitaks"), and Cecilia Pemberton ("Ms. Pemberton," and together with

3 Mr. Germano and the Svitaks, the "Plaintiffs") and Defendants Aimmune

4 Therapeutics, Inc. ("Aimmune"), and Jayson D.A. Dallas, Mark T. Iwicki, Greg

5 Behar, Brett K. Haumann, Mark D. McDade, Stacey D. Seltzer, Patrick G. Enright,

6 and Kathryn E. Falberg (collectively, "Defendants," and together with Plaintiffs, the

7 "Parties"), by and through their undersigned counsel, hereby stipulate and agree as

8 follows:

9       WHEREAS, on September 25, 2020, Mr. Germano filed a Class Action

10 Complaint that is governed by the Private Securities Litigation Reform Act

11 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B) (the "Complaint");

12       WHEREAS, on September 28, 2020, Ms. Pemberton made a demand to

13 inspect certain books and records of Aimmune pursuant to 8 Del. C. § 220 (the

14 "Demand");

15       WHEREAS, on October 7, 2020, Ms. Pemberton filed a complaint in the

16 Court of Chancery for the State of Delaware pursuant to 8 Del. C. § 220 to compel

17 the inspection of Books and Records captioned *Pemberton v. Aimmune*

18 *Therapeutics, Inc.*, No. 2020-0859-JRS (Del.Ch. Oct. 7, 2020);

19       WHEREAS, on November 20, 2020 Ms. Pemberton entered into a

20 Confidentiality and Non-Disclosure Agreement with Aimmune (the "Agreement"),

21 which restricts the use of certain non-public, confidential information (together with

22 any information derived therefrom, the "Inspection Information") disclosed to Ms.

23 Pemberton in response to the Demand;

24       WHEREAS, on December 14, 2020, the Svitaks, represented by Mr.

25 Germano's Counsel, and Ms. Pemberton, represented by Kahn Swick & Foti, LLC,

26 filed their respective Motion for lead appointment pursuant to the PSLRA;

27       WHEREAS on January 16, 2021, the Svitaks and Ms. Pemberton filed their

28 Second Re-Notice of Motions and Joint Response of Movants Bruce Svitak, Barbara

1   C. Svitak, and Cecilia Pemberton Regarding Their Motions for Consolidation and

2   Appointment as Lead Plaintiffs and Approval of Their Selection of Lead Counsel,

3   ECF No. 42, which indicated that they had "agreed to work cooperatively as Co-

4   Lead Plaintiffs to protect the interest of Aimmune Therapeutic, Inc. shareholders[,]"

5   and to have "their respective counsel, Monteverde & Associates PC ('Monteverde')

6   and Kahn Swick & Foti, LLC ('KSF'), serve as Co-Lead Counsel to prosecute the

7   litigation";

8            WHEREAS on February 17, 2021, this Court issued an Order providing that

9   any Consolidated Complaint is to be filed within 30 days of Plaintiffs being

10  appointed as Co-Lead Plaintiffs;

11           WHEREAS, on February 22, 2021, this Court issued an Order appointing Mr.

12  Germano, the Svitkas, and Ms. Pemberton Co-Lead Plaintiffs and appointing

13  Monteverde & Associates PC and Kahn Swick & Foti, LLC Co-Lead Counsel;

14           WHEREAS, pursuant to the Court's February 17, 2021 Order, Plaintiffs must

15  file any Consolidated Complaint by March 24, 2021;

16           WHEREAS, the Parties now dispute the extent to which the Agreement

17  prohibits the use of the Inspection Information in this action, including in any

18  forthcoming Consolidated Complaint;

19           WHEREAS, the Parties have met and conferred and agree that the matter of

20  the proper interpretation of the Agreement should be determined by the Court of

21  Chancery for the State of Delaware prior to any potential use of the Inspection

22  Information in this matter;

23           WHEREAS, except as set forth herein with respect to the Court's February

24  17, 2021 Order, no other time modifications have been sought or made with respect

25  to the deadlines applicable in this case before Judge Chesney;

26           NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that

27  the Court be requested to enter an order as follows:

28

1       1.     The Complaint is held in abeyance, Plaintiffs do not need to file a

2  Consolidated Complaint and Defendants do not need to answer or respond to the

3  Complaint; and

4       2.     The deadline for Plaintiffs to file a Consolidated Complaint, currently

5  set for March 24, 2021, is vacated *sine die* and will be reset after the Court of

6  Chancery has issued an order resolving the Dispute.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated:  March 15, 2021                **LATHAM & WATKINS LLP**

2

3                                          By: */s/ Kristin N. Murphy*

4                                          Matthew Rawlinson (SBN 231890)
                                           140 Scott Drive
                                           Menlo Park, California  94025
5                                          Tel: (650) 328-4600
                                           Email:   matt.rawlinson@lw.com
6
                                           Kristin N. Murphy (SBN 268285)
7                                          Wesley J. Horton (SBN 307567)
                                           650 Town Center Drive, 20th Floor
8                                          Costa Mesa, CA 92626-1925
                                           Tel: (714) 755-8287
9                                          Email:   Kristin.Murphy@lw.com
                                                        Wesley.Horton@lw.com
10

11                                         *Attorneys for Defendants*

12
     Dated:  March 15, 2021                **KAHN SWICK & FOTI, LLP**
13

14                                         By: */s/ Michael J. Palestina*

15                                         Ramzi Abadou (SBN 222567)
                                           912 Cole Street, Suite 251
16                                         San Francisco, California 94117
                                           Tel: (415) 459-6900
17                                         Email:  ramzi.abadou@ksfcounsel.com

18                                         Michael J. Palestina *(pro hac vice)*
                                           1100 Poydras Street, Suite 3200
19                                         New Orleans, Louisiana 70163
                                           Tel: (504) 455-1400
20                                         Email:  michael.palestina@ksfcounsel.com

21                                         *Attorneys for Plaintiffs*

22

23                        **ATTESTATION**

24        I hereby attest that all other signatories listed, and on whose behalf of this

25   filing is submitted, concur in this filing's content and have authorized this filing.

26

27   Dated: March 15, 2021                 */s/ Kristin N. Murphy*
                                           Kristin N. Murphy
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

## [PROPOSED] ORDER

2          Pursuant to stipulation and good cause appearing to do so, the Court

3   ORDERS as follows:

4          1.      The Complaint is held in abeyance, Plaintiffs do not need to file a

5   Consolidated Complaint and Defendants do not need to answer or respond to the

6   Complaint; and

7          2.      The deadline for Plaintiffs to file a Consolidated Complaint, currently

8   set for March 24, 2021, is vacated *sine die* and will be reset after the Court of

9   Chancery has issued an order resolving the Dispute.

10          3.      No later than September 16, 2021, the parties shall file a Joint Status
    Report in the event the parties have not sought, by that date, an order lifting the
11   stay.

12

13   Dated:  March 17, 2021

14                                                Maxine M. Chesney
                                                  United States District Court Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28