IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AIMMUNE THERAPEUTICS, INC. SECURITIES LITIGATION | Case No. 20-cv-06733-MMC<br><br>**ORDER DENYING LEAVE TO EXCEED PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING** |

    Before the Court is the parties' "Stipulation and [Proposed] Order Granting Leave to Exceed Page Limits for Motion for Summary Judgment," filed June 5, 2024, whereby the parties agree, subject to Court approval, their opening, opposition, and reply brief(s) may exceed by five pages the page limits set forth in the Local Rules of this District. Although, as the basis for such request, the parties rely, without further elaboration, on the "number and complexity of the legal issues that will be discussed," the "significant amount of evidence," and "over a dozen depositions," the record of the case to date does not support a need for the requested extensions.

    Accordingly, the parties' stipulation for leave is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: June 6, 2024

MAXINE M. CHESNEY
United States District Judge