IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AIMMUNE THERAPEUTICS, INC. SECURITIES LITIGATION | Case No. 20-cv-06733-MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED IN CONNECTION WITH CO-LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE, IN PART, EXPERT REPORT AND TESTIMONY OF WILLIAM JEFFERS; DIRECTIONS TO PLAINTIFFS** |

Before the Court is plaintiffs' "Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in Connection with Co-Lead Plaintiffs' Opposition to Defendants' Motion to Exclude, in Part, Expert Report and Testimony of William Jeffers," filed August 5, 2024 (Doc. No. 191 ("Administrative Motion")), whereby plaintiffs seek to file under seal the following materials, which, plaintiffs state, have been designated as confidential by defendants: (1) portions of "Co-Lead Plaintiffs' Opposition to Defendants' Motion to Exclude, in Part, Expert Report and Testimony of William Jeffers" (Doc. No. 199); and (2) Exhibit 87 to the "Declaration of Juan E. Monteverde in Support of Co-Lead Plaintiffs' Motion for Partial Summary Judgment" (Doc. No. 193 ("Monteverde Declaration")). In response to the Administrative Motion, defendants have filed a Declaration in support of sealing. (See Declaration of Christine McInerney (Doc. No. 205).)

The Court having read and considered the above-referenced submissions, the Administrative Motion is hereby GRANTED in part and DENIED in part as follows:

1. To the extent the Administrative Motion seeks leave to file under seal portions of "Co-Lead Plaintiffs' Opposition to Defendants' Motion to Exclude, in Part, Expert Report and Testimony of William Jeffers," the Administrative Motion is GRANTED as to the text highlighted in yellow on page 6, pages 20-21, and pages 24-25 in Attachment 2 to the "Declaration of Christine McInerney in Support of Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in Connection with Co-Lead Plaintiffs' Opposition to Defendants' Motion to Exclude, in Part, Expert Report and Testimony Of William Jeffers" (see Doc. No. 205-2).

In all other respects, the Administrative Motion is DENIED, the designating parties not having sought to have other portions sealed.

2. To the extent the Administrative Motion seeks leave to file under seal Exhibit 87 to the Monteverde Declaration (Doc. No. 193-1), the Administrative Motion is GRANTED.

Plaintiffs are hereby DIRECTED to file in the public record, no later than fourteen days from the date of this order:

a. a revised redacted version of "Co-Lead Plaintiffs' Opposition to Defendants' Motion to Exclude, in Part, Expert Report and Testimony of William Jeffers."

**IT IS SO ORDERED.**

Dated: September 26, 2024

MAXINE M. CHESNEY
United States District Judge