1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6
7

IN RE AIMMUNE THERAPEUTICS, INC. SECURITIES LITIGATION

Case No.  20-cv-06733-MMC

8
9

**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF OPPOSITION TO CO-LEAD PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

10
11
12
13

Before the Court is Defendants' Administrative Motion filed August 5, 2024 (Doc.

14

No. 196 ("Administrative Motion")), whereby defendants seek to file under seal portions of

15

their "Opposition to Co-Lead Plaintiffs' Motion for Partial Summary Judgment" (Doc. No.

16

194).

17

The Court having read and considered the above-referenced submission, the

18

Administrative Motion is hereby GRANTED.

19
20

**IT IS SO ORDERED.**

21
22

Dated: September 26, 2024

23

_____
MAXINE M. CHESNEY
United States District Judge

24
25
26
27
28

United States District Court
Northern District of California