IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE AIMMUNE THERAPEUTICS,
INC. SECURITIES LITIGATION

Case No.  20-cv-06733-MMC

**ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE
UNDER SEAL PORTIONS OF
OPPOSITION TO CO-LEAD
PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT**

Before the Court is Defendants' Administrative Motion filed August 5, 2024 (Doc.
No. 196 ("Administrative Motion")), whereby defendants seek to file under seal portions of
their "Opposition to Co-Lead Plaintiffs' Motion for Partial Summary Judgment" (Doc. No.
194).

The Court having read and considered the above-referenced submission, the
Administrative Motion is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: September 26, 2024

MAXINE M. CHESNEY
United States District Judge