Juan E. Monteverde (admitted *pro hac vice*, NY Reg. No. 4467882)
**MONTEVERDE & ASSOCIATES PC**
The Empire State Building
350 Fifth Avenue, Suite 4740
New York, New York 10118
Tel: (212) 971-1341
mschreiner@monteverdelaw.com

David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
dbower@monteverdelaw.com

*Counsel for Co-Lead Plaintiffs and
Co-Lead Counsel for the Class*

[additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIMMUNE THERAPEUTICS, INC. SECURITIES LITIGATION | Master File No. 3:20-CV-06733-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF NOVEMBER 1, 2024 HEARING ON SUMMARY JUDGMENT AND *DAUBERT* MOTIONS** |

Pursuant to the Court's Standing Order No. 7, Co-Lead Plaintiffs Bruce Svitak and Cecilia Pemberton ("Plaintiffs") and Defendants Aimmune Therapeutics, Inc. and Jayson D.A. Dallas ("Defendants", and, together with Plaintiffs, the "Parties"), by and through their counsel of record, hereby stipulate as follows, subject to Court approval:

WHEREAS, the hearing on the Parties' pending motions for summary judgment and *Daubert* motions is scheduled for 9:00 a.m. on November 1, 2024; and

WHEREAS, the Parties are in settlement discussions with mediator David Murphy of Phillips ADR Enterprises (PADRE) and seek to continue the November 1, 2024 motion hearing by one-week to allow them additional time to attempt to reach a settlement;

NOW THEREFORE, the Parties, by and through their undersigned counsel of record, stipulate as follows, subject to Court approval:

1. The motion hearing scheduled for 9:00 a.m. on November 1, 2024 is continued to 9:00 a.m. on November 8, 2024.
2. All other deadlines and scheduled events shall remain unchanged.

| | | |
|---|---|---|
| 1 | Dated: October 31, 2024 | Respectfully submitted, |
| 2 | | MONTEVERDE & ASSOCIATES PC |
| 3 | | |
| 4 | | By: */s/ Juan E. Monteverde* |
| 5 | |     Juan E. Monteverde (admitted *pro hac vice*) |
| 6 | | |
| 7 | | KAHN SWICK & FOTI, LLC |
| 8 | | By: */s/ Michael J. Palestina* |
| 9 | |     Michael J. Palestina (admitted *pro hac vice*) |
| 10 | | |
| 11 | | *Counsel for Co-Lead Plaintiffs and Co-Lead Counsel for the Class* |
| 12 | | |
| 13 | | LATHAM & WATKINS LLP |
| 14 | | |
| 15 | | By: */s/ Kristin Murphy* |
| | |     Kristin Murphy |
| 16 | | |
| 17 | | *Attorneys for Defendants Aimmune Therapeutics, Inc. and Jayson D.A. Dallas* |

**ECF SIGNATURE CERTIFICATION**

I, Juan E. Monteverde, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all signatories concur in this filing.

Dated: October 31, 2024          By:  */s/ Juan E. Monteverde*
                                             Juan E. Monteverde

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____  _____
MAXINE M. CHESNEY
SENIOR UNITED STATES DISTRICT JUDGE