Juan E. Monteverde (admitted *pro hac vice*, NY Reg. No. 4467882)
MONTEVERDE & ASSOCIATES PC
The Empire State Building
350 Fifth Avenue, Suite 4740
New York, New York 10118
Tel: (212) 971-1341
jmonteverde@monteverdelaw.com

David E. Bower (SBN 119546)
MONTEVERDE & ASSOCIATES PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
dbower@monteverdelaw.com

*Counsel for Co-Lead Plaintiffs and*
*Co-Lead Counsel for the Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE AIMMUNE THERAPEUTICS, INC. SECURITIES LITIGATION | Master File No. 3:20-CV-06733-MMC<br><br>**CO-LEAD PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Hearing: February 28, 2025<br>Time: 9:00 a.m.<br>Court: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

Plaintiffs submit this reply in further support of their Motion for Preliminary Approval of Settlement ("Preliminary Approval Motion") (Dkt. 243).

On January 17, 2025, Plaintiffs filed their Preliminary Approval Motion, and the deadline for any opposition or response was Friday, January 31, 2025. No opposition or response was filed by the deadline, which militates in further support of granting the Preliminary Approval Motion.

For the reasons stated in the Preliminary Approval Motion, the proposed Settlement warrants this Court's preliminary approval, and entry of the Preliminary Approval Order (Dkt. 243-1).

Dated: February 3, 2025

Respectfully submitted,

*/s/ Juan E. Monteverde*

David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (310) 446-6652
dbower@monteverdelaw.com

**KAHN SWICK & FOTI, LLC**
Michael Palestina (*pro hac vice*)
Brian Mears
Gina Palermo
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
michael.palestina@ksfcounsel.com
brian.mears@ksfcounsel.com
gina.palermo@ksfcounsel.com

*Counsel for Co-Lead Plaintiffs and Co-Lead Counsel for the Class*

Juan E. Monteverde (NY Reg. No 4467882)
**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde (*pro hac vice*)
Miles D. Schreiner (*pro hac vice*)
Jonathan T. Lerner (*pro hac vice*)
350 Fifth Avenue, Suite 4740
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
jmonteverde@monteverdelaw.com
mschreiner@monteverdelaw.com
jlerner@monteverdelaw.com

*Counsel for Co-Lead Plaintiffs and Co-Lead Counsel for the Class*