Juan E. Monteverde (admitted *pro hac vice*, NY Reg. No. 4467882)
MONTEVERDE & ASSOCIATES PC
The Empire State Building
350 Fifth Avenue, Suite 4740
New York, New York 10118
Tel: (212) 971-1341
jmonteverde@monteverdelaw.com

David E. Bower (SBN 119546)
MONTEVERDE & ASSOCIATES PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
dbower@monteverdelaw.com

*Counsel for Co-Lead Plaintiffs and Class Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE AIMMUNE THERAPEUTICS, INC. SECURITIES LITIGATION | Master File No. 3:20-CV-06733-MMC<br><br>**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS TO PLAINTIFFS** |

WHEREAS, an action pending before this Court is styled *In Re: Aimmune Therapeutics, Inc. Securities Litigation*, 3:20-cv-06733-MMC (the "Action");

WHEREAS, on March 7, 2025, the Court entered an Order: (i) preliminarily approving the Settlement and the proposed forms and methods of providing notice to the Class; (ii) providing Class Members with the opportunity to object to the Settlement, Class Counsel's application of attorneys' fees and expenses, and Plaintiffs' application for service awards; and (iii) setting a hearing on final approval of the Settlement for July 18, 2025, at 9:00 a.m. ("Preliminary Approval Order");

WHEREAS, the Court conducted a hearing on July 18, 2025 ("Fairness Hearing") to consider, among other things: (i) whether Plaintiffs and Class Counsel have adequately represented the Class; (ii) whether the Settlement, on the terms and conditions provided for in the Stipulation of Settlement, is fair, reasonable, and adequate, thus warranting final approval; and (iii) whether Class Counsel's requested attorneys' fees and expenses and Plaintiffs' requested service awards are reasonable and should be approved; and

WHEREAS, it appearing that notice of the Settlement and the Fairness Hearing has been given in accordance with the Preliminary Approval Order; the parties having appeared by their respective attorneys of record; the Court having heard and considered evidence in support of Class Counsel's request for attorneys' fees and expenses and Plaintiffs' request for service awards; the attorneys for the respective parties having been heard; an opportunity to be heard having been given to all other persons or entities requesting to be heard in accordance with the Preliminary Approval Order; the Court having determined that the Notice to the Class was adequate and sufficient; the Court having found that the requests for attorneys' fees and expenses and service awards are fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefore:

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, as follows:

1. Unless otherwise defined in this Order, the capitalized terms used herein have the same meanings as in the Stipulation of Settlement ("Stipulation") dated January 17, 2025 (ECF 244-1).

2. The Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Class Members who have not timely and validly requested exclusion.

3. The Court hereby awards Class Counsel attorneys' fees of _____ of the Settlement Amount or $_____, plus litigation expenses in the amount of $_____, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method given the substantial risks of non-recovery, the time and effort involved, and the result obtained for the Class. The Court additionally finds that the costs and expenses were reasonably incurred in the ordinary course of prosecuting this Action and were necessary given the complex nature of the Action.

4. The Court approves service awards to Plaintiffs Bruce Svitak, Barbara Svitak, and Cecilia Pemberton in the amount of $_____ for each Plaintiff. This award is reasonable and justified given: (i) the time and effort expended, the work performed, and the active participation in the litigation and settlement processes by each Plaintiff; (ii) the benefit to the Class due to each Plaintiff's actions on their behalf; and (iii) the length of the case.

5. The awarded attorneys' fees and expenses and interest earned thereon shall immediately be paid to Class Counsel subject to the terms, conditions, and obligations of the Stipulation, which terms, conditions, and obligations are incorporated.

**IT IS SO ORDERED**.

Dated:_____      _____
                                                                                MAXINE M. CHESNEY
                                                                                UNITED STATES DISTRICT JUDGE