# EXHIBIT 1

| Case Name | *Ziegler v. GW Pharmaceuticals plc* Case No. 3:21-cv-01019-BAS-MSB (S.D. Cal. 2024) | *Karri v. Oclaro, Inc.*, 18-cv-3435-JD (N.D. Cal. 2024) | *Baum v. Harman Int'l*, 17-cv-00246-RNC (D. Ct. 2022) | *In re Envision Healthcare Corp.*, 18-cv-01068-RGA-SRF (D. Del. 2021) | *NECA-IBEW Pension Trust Fund v. Precision Castparts Corp*, 16-cv-01756-YY (D. Or. 2021) | *Aimmune* |
|---|---|---|---|---|---|---|
| **Common Fund Amount** | $7.75m | $15.25m | $28m | $17.4m | $21m | $27.5m |
| **Number of Shares Held by Class** | 396m | 167.5m | 69m | 120m | 133m | 46m |
| **Market Cap / Price Per Share** | $6.81b / $220 p/ADS | $1.8b / $8.62 p/s | $5.5b / $111.50 p/s | $9.9b / $46 p/s | $37b / $235 p/s | $2.5b / $34.50 p/s |
| **Average Recovery Per Share** | $0.25 | $0.09 | $0.40 | $0.14 | $0.16 | $0.60 |
| **Number of Notices Sent/Notice Methods** | 37,508 mail/newswire/newspaper | 54,126 mail/newswire/email | 37,910 mail/newswire/WSJ | 32,504 mail/newswire | 117,513 mail/newswire/WSJ | Expected 20,000 |
| **Claims Rate/No. of Shares that Filed Claim** | 72% / 284m | 83% / 139m | Distribution ongoing | 88% / 105m | Not available | At least 60% - estimated |
| **Average Net Recovery based on Notices Sent** | $207 | $177 | $500 | $340 | $119 | Approx. $890 |
| *Cy Pres* | Federal Judicial Center Foundation | TBD | Undisclosed Not for Profit | Federal Judicial Center Foundation | Undisclosed Not for Profit | Bay Area Financial Education Foundation |
| **Admin. Costs** | $195k | $165k | Not available | $258k | Not available | $93k |
| **Attorneys' Fees & Expenses** | 1/3 of fund and $33,513.97 exp. | 1/3 of fund and $397,680.55 exp. | 31% of fund and $123,809.79 exp. | 1/3 of fund and $25,904.80 exp. | 1/3 of fund and $867,891.13 exp. | Proposed 1/3 of fund and up to $450k exp. |
| **Alleged Damages** | $600m | $196m-599m | Undisclosed | $120m-$180m | $1.596b-$2.128b | $95m – 201.2m |
| **Claims Released** | All claims relating to action and acquisition | All claims relating to action, merger, merger disclosures | All claims relating to alleged facts, merger or proxy | All claims relating to alleged facts, merger or proxy | All claims relating to alleged facts, merger or proxy | All claims relating to action, merger, merger disclosures |