# EXHIBIT 2

# MONTEVERDE & ASSOCIATES PC

### ATTORNEYS AT LAW

## *Firm Résumé*

| | |
|---|---|
| **NEW YORK OFFICE** | **CALIFORNIA OFFICE** |
| **The Empire State Building** | **600 Corporate Pointe** |
| **350 Fifth Avenue, Suite 4740** | **600 W. Corporate Pointe, Suite 1170** |
| **New York, NY 10118** | **Culver City, CA 90230** |
| **Tel: (212) 971-1341** | **Tel: (213) 446-6652** |
| **Fax: (212) 202-7880** | **Fax: (212) 202-7880** |

# MONTEVERDE & ASSOCIATES PC

## ATTORNEYS AT LAW

Monteverde & Associates PC was founded in 2016 and is a national class action law firm committed to protecting shareholders from corporate wrongdoing. The firm has significant experience litigating Mergers & Acquisitions and Securities Class Actions, protecting investors, and recovering damages. The legal team at the firm is passionate about all its cases and works tirelessly to obtain the best possible outcome for its clients and all shareholders. The firm is recognized as a preeminent securities firm listed in the Top 50 in the 2018-2022 ISS Securities Class Action Services Report.

The attorneys at Monteverde & Associates have been involved in a number of cases recovering substantial amounts of money for shareholders or investors, including the selected cases below:

| TARGET COMPANY ACQUIRED | INCREASED CONSIDERATION OR SETTLEMENT FUND |
|---|---|
| Aimmune (pending final approval) | $27.5 million |
| Anworth (2023) | $3 million |
| American Capital (2018) | $17.5 million |
| Apollo Education (2017) | $54 million |
| ClubCorp (2019) | $5 million |
| Comverge (2017) | $5.9 million |
| Covisint (2024) | $9 million |
| Education Realty Trust (2022) | $10 million |
| Envision Healthcare (2021) | $17.4 million |
| Force Protection (2012) | $11 million |
| GW Pharmaceuticals (2024) | $7.75 million |
| Hansen Medical (2019) | $7.5 million |
| Harvest Capital (2024) | $3.85 million |
| Jaguar Animal (2021) | $2.6 million |
| Mavenir Systems (2016) | $3 million |
| MRV Communications (2021) | $1.9 million |
| Oclaro (2024) | $15.25 million |
| Orchard Enterprises (2014) | $10.725 million |
| Papa Murphy's Holdings (2022) | $2.4 million |
| Syntroleum (2016) | $2.8 million |
| Transgenomic (2020) | $1.95 million |
| US Geothermal (2020) | $6.5 million |
| West Marine (2020) | $2.5 million |

Monteverde & Associates has also changed the law in the 9th Circuit, by lowering the standard of liability under Section 14(e) of the Exchange Act from scienter to negligence to better protect shareholders. *Varjabedian v. Emulex Corp.,* 888 F.3d 399 (9th Cir. 2018). Thereafter, the firm preserved this victory (after oral argument) by obtaining dismissal of a writ of certiorari as improvidently granted at the United States Supreme Court. *Emulex Corp. v. Varjabedian*, 139 S. Ct. 1407 (2019).

# MONTEVERDE & ASSOCIATES PC
## ATTORNEYS AT LAW

**Juan E. Monteverde**

Mr. Monteverde is the founder and managing partner for the firm. Mr. Monteverde has over a decade of experience advocating shareholder rights. Mr. Monteverde regularly handles high profile M&A cases seeking damages or to maximize shareholder value and has obtained monetary relief for shareholders.

Mr. Monteverde has also broken new ground when it comes to challenging proxies related to compensation issues post Dodd-Frank Act. *Knee v. Brocade Comm'ns Sys., Inc.*, No. 1-12-CV-220249, slip op. at 2 (Cal. Super. Ct. Santa Clara Cnty. Apr. 10, 2012) (Kleinberg, J.) (enjoining the 2012 shareholder vote related to executive compensation proxy disclosures). Mr. Monteverde also argued successfully before the 9th Circuit to change the law and lowered the standard of liability under Section 14(e) of the Exchange Act from scienter to negligence to better protect shareholders. *Varjabedian v. Emulex Corp.,* 888 F.3d 399 (9th Cir. 2018).

Mr. Monteverde has been selected by Super Lawyers as a New York Metro Rising Star in 2013, 2017-2019 and a Super Lawyer in 2022-2024, and by Martindale-Hubbell as a Top-Rated Lawyer 2017-2024.

Mr. Monteverde has been a keynote speaker at ABA, PLI, ACI and other conferences regarding merger litigation or executive compensation issues. Below is a list of published articles by Mr. Monteverde:

- Fair To Whom? Examining Delaware's Fair Summary Standard
- A Review of Trados and Its Impact
- Emerging Trends in Say-on-Pay Disclosure
- Battling for Say on Pay Transparency

Mr. Monteverde graduated from California State University of Northridge (B.S. Finance) and St. Thomas University School of Law (J.D., *cum laude*), where he served as a Law Review Staff Editor.

Mr. Monteverde is admitted to practice law in the State of New York, 2007.

**David E. Bower**

Mr. Bower is of counsel with the firm since 2016 and has extensive experience in securities and consumer class actions as well as corporate litigation and complex commercial litigation matters.

Mr. Bower has been in the private practice of law since 1981. Prior to forming his own law firm, Law Offices of David E. Bower, in 1996, Mr. Bower practiced for two years with the law firm Hornberger & Criswell where he supervised and coordinated complex business litigation. From 1989 to 1994, he was a partner with the law firm Rivers & Bower where he handled business, construction, real estate, insurance, and personal injury litigation and business and real estate transactions. From 1984 to 1989, he practiced in the insurance bad faith defense and complex litigation department of the Los Angeles, California based law firm of Gilbert, Kelley, Crowley & Jennett. From 1981 to 1984, he practiced law in New York as a partner with the law firm Boysen, Scheffer & Bower. Mr. Bower has extensive trial experience and has tried over 100 cases.

Mr. Bower is a graduate of the Mediation Training Program at UCLA and has a certification in Advanced Mediation Techniques. He has presided in over 200 mediations since becoming certified and is currently on the Los Angeles Superior Court Pay Panel of mediators and arbitrators. He was previously the President of the Board of A New Way of Life Reentry Project, a non-profit serving ex-convicts seeking reentry into society as productive citizens.

Mr. Bower is admitted to practice law in the State of New York, 1982, and California, 1985.

# MONTEVERDE & ASSOCIATES PC
### ATTORNEYS AT LAW

**Beth Keller**

Ms. Keller is of counsel with the firm since 2018 and has extensive experience in securities class actions as well as corporate governance reform.

For more than two decades, she has focused her legal practice on shareholder rights litigation. Prior to working with Monteverde & Associates, Ms. Keller was a Partner at Faruqi & Faruqi, LLP, a nationally recognized securities firm based in New York City, where she litigated shareholder class and derivative actions, and served as head of the firm's Shareholder Derivative Litigation Department. She later became a founding Member of the boutique securities firm, Hynes Keller & Hernandez, LLC, where she was involved in all aspects of the firm's shareholder advocacy practice.

Ms. Keller has extensive litigation experience and has served as lead or co-lead counsel in numerous complex cases in which she has achieved substantial corporate governance measures and/or financial recoveries for the corporation and its stockholders.

Ms. Keller is admitted to practice law in the State of New York, 2003 and New Jersey, 2002.

**Miles D. Schreiner**

Mr. Schreiner is a senior associate with the firm from its inception in 2016. He is experienced in securities and consumer class action litigation, and has been an integral part of litigation teams that have recovered tens of millions of dollars for shareholders and consumers across the country.

Mr. Schreiner also has significant experience in appellate litigation. Mr. Schreiner successfully argued before the U.S. Court of Appeals for the Eighth Circuit in *Campbell v. Transgenomic, Inc.*, 916 F.3d 1121 (8th Cir. 2019), where he obtained reversal of a district court's order dismissing a Section 14(a) action and prompted the Eighth Circuit to clarify the standard governing misleading statements under the Exchange Act. Moreover, in *Murphy v. Inman*, No. 161454, 2022 Mich. LEXIS 733 (Mich. Apr. 5, 2022), Mr. Schreiner obtained a landmark victory for shareholders by persuading the Michigan Supreme Court to hold that shareholders have standing to bring direct claims for breaches of fiduciary duty when challenging unfair cash-out mergers. And in *Varjabedian v. Emulex Corp.*, 888 F.3d 399 (9th Cir. 2018), Mr. Schreiner was a key member of the team that persuaded the Ninth Circuit to split from five other circuits and adopt a lower culpability standard for claims under Section 14(e) of the Exchange Act.

Mr. Schreiner has also had multiple legal articles published, set forth below:

- Fair To Whom? Examining Delaware's Fair Summary Standard
- The Delaware Courts' Increasingly Laissez Faire Approach To Directorial Oversight
- Money-Back Guarantees Unlikely to Satisfy 'Superiority'
- A Deadly Combination: The Legal Response to America's Prescription Drug Epidemic

Mr. Schreiner is a *cum laude* graduate of Brooklyn Law School, where he was a Dean's Merit Scholar and served as a Law Review Editor. He obtained his undergraduate degree in Political Science from Tulane University, where he graduated *cum laude*.

Mr. Schreiner has been selected by Super Lawyers as a New York Metro Rising Star for 2018-2022 and a Super Lawyer 2023-2024. He is admitted to practice law in the State of New York (2013) and New Jersey (2012).

**Jonathan T. Lerner**

Mr. Lerner is an experienced class action and civil litigation attorney who currently represents shareholders in cases nationwide.

Before joining the firm in 2021, Mr. Lerner worked for a real estate and commercial litigation firm. He has a successful track record in New York State appellate courts on novel points of law and also has transactional experience in a variety of real estate and commercial contexts.

Mr. Lerner is a graduate of St. John's University School of Law, where he was a St. Thomas More Scholar. He obtained his undergraduate degree in Philosophy from the University of St Andrews in Scotland, where he graduated with First Class Honors, the highest academic honor conferred by universities in the United Kingdom.

Mr. Lerner is admitted to practice law in the State of New York, 2019.



**Benjamin P. Vanderhyden**

Benjamin Vanderhyden started at Monteverde & Associates in January 2023 as a law clerk and is now an associate at the firm.

Mr. Vanderhyden graduated from the University of California, Santa Barbara (B.A. Public Policy Analysis) in 2020 and from Brooklyn Law School (J.D.) in 2023. During law school, he worked as a research assistant, providing analysis regarding state laws on limited liability entities. Additionally, he received the Dean's Merit Scholarship and the Professor Philip K. Yonge Memorial Prize for academic achievement in the study of Commercial and Bankruptcy Law.

Mr. Vanderhyden is admitted to practice law in the State of New York, 2024.



**Carter Overbey**

Carter Overbey is a recent law school graduate working as a law clerk in the firm. Mr. Overbey joined the firm as a law clerk last year in law school. Mr. Overbey graduated from Furman University (B.A. Economics and Spanish) in 2020 and graduated *Cum Laude* from Brooklyn Law School (J.D.) in 2024. During his time at Brooklyn Law School Mr. Overbey received the Dean's Merit Scholarship.

Mr. Overbey passed the New York State Bar in July 2024 and is awaiting admission.