# EXHIBIT 4

Docusign Envelope ID: 666C876D-3E83-4F03-A4A2-82F25F69B7B5

Juan E. Monteverde (admitted *pro hac vice*, NY Reg. No. 4467882)
MONTEVERDE & ASSOCIATES PC
The Empire State Building
350 Fifth Avenue, Suite 4740
New York, New York 10118
Tel: (212) 971-1341
jmonteverde@monteverdelaw.com

David E. Bower (SBN 119546)
MONTEVERDE & ASSOCIATES PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
dbower@monteverdelaw.com

*Counsel for Co-Lead Plaintiffs and Class Counsel*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIMMUNE THERAPEUTICS, INC. SECURITIES LITIGATION | Master File No. 3:20-CV-06733-MMC<br><br>Hearing: July 18, 2025<br>Time: 9:00 a.m.<br>Court: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

DECLARATION OF CECILIA PEMBERTON
Case No. 3:20-CV-06733-MMC

Docusign Envelope ID: 666C876D-3E83-4F03-A4A2-82F25F69B7B5

# DECLARATION OF PLAINTIFF CECILIA PEMBERTON

I, Cecilia Pemberton, hereby declare as follows:

1. I am a Court-appointed Co-Lead Plaintiff and Class Representative ("Plaintiff") in the above-captioned class action ("Action"), and I held 300 shares of Aimmune Therapeutics, Inc. common stock prior to the announcement of the Merger and through its consummation via a tender offer.

2. I am a retired health care administrator and reside in Narberth, Pennsylvania.

3. I submit this declaration in support of the Settlement and my request for a service award in the amount of $5,000 for the time I have spent actively engaged as a Plaintiff in this Action.

4. During the last four and a half years, I have regularly communicated with Michael Palestina at Kahn Swick & Foti, LLC regarding this Action and participated in the following tasks: (i) reviewed and/or discussed various substantive pleadings, including (but not limited to) the amended class action complaint, the motion seeking my appointment as Co-Lead Plaintiff, Defendants' motion to dismiss and related briefing, Defendants' other dispositive briefing, Plaintiffs' motion for class certification, pursuant to which I was appointed a Class Representative, and the parties' various respective motions for summary judgment and *Daubert* motions and related briefing; (ii) responded to written discovery requests; (iii) gathered and produced relevant documents; (iv) sat for a deposition; (v) considered and discussed potential settlement and mediation; and (vi) reviewed and/or discussed papers related to the settlement.

5. In my role as Plaintiff, I devoted at least 60 hours of my time to this Action. Accordingly, I seek an award of $5,000 for the time and expenses I incurred directly relating to my representation of the Settlement Class in this Action.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 4/30/2025

_____
Cecilia Pemberton