# EXHIBIT 6

Docusign Envelope ID: 3E376DA1-BD67-48A3-94C3-6643CF8D5244

Juan E. Monteverde (admitted *pro hac vice*, NY Reg. No. 4467882)
MONTEVERDE & ASSOCIATES PC
The Empire State Building
350 Fifth Avenue, Suite 4740
New York, New York 10118
Tel: (212) 971-1341
jmonteverde@monteverdelaw.com

David E. Bower (SBN 119546)
MONTEVERDE & ASSOCIATES PC
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
dbower@monteverdelaw.com

*Counsel for Co-Lead Plaintiffs and*
*Co-Lead Counsel for the Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIMMUNE THERAPEUTICS, INC. SECURITIES LITIGATION | Master File No. 3:20-CV-06733-MMC<br><br>Hearing: July 18, 2025<br>Time: 9:00 a.m.<br>Court: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney |

DECLARATION OF BARBARA SVITAK
Case No. 3:20-CV-06733-MMC

## DECLARATION OF PLAINTIFF BARBARA SVITAK

I, Barbara Svitak, hereby declare as follows:

1. I am a Court-appointed Co-Lead Plaintiff ("Plaintiff") in the above-captioned class action ("Action"), and I held 1,358 shares of Aimmune Therapeutics, Inc. common stock prior to the announcement of the Merger and through its consummation via a tender offer.

2. I am a retired clerk with the U.S. Postal Service and reside in Bloomer, Wisconsin.

3. I submit this declaration in support of the Settlement and my request for a service award in the amount of $5,000 for the time I have spent actively engaged as a Plaintiff in this Action.

4. During the last four and a half years, I have regularly communicated with Juan E. Monteverde with Monteverde & Associates PC, both via email and telephone, regarding this Action.

5. I reviewed pleadings and various briefs in the case. I also discussed with Mr. Monteverde the Defendants' multiple attempts to dismiss this Action and the summary judgment motions filed before a settlement was reached.

6. In addition, I gathered and produced relevant documents and responded to various sets of interrogatories and admissions from Defendants. Furthermore, I traveled to New York City to prepare for my deposition and have my deposition taken by Defendants.

7. Lastly, I discussed with Monteverde the potential trial in the case and the Settlement obtained in the case.

8. I have devoted over 50 hours of my time to this Action, including travel time to New York City, and seek an award of $5,000 for the time and expenses I incurred in this Action.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 4/29/2025


Barbara Svitak

2
DECLARATION OF BARBARA SVITAK
Case No. 3:20-CV-06733-MMC