LATHAM & WATKINS LLP
Kristin N. Murphy (SBN 268285)
  kristin.murphy@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235

Morgan E. Whitworth (SBN 304907)
  morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600

Daniel R. Gherardi (SBN 317771)
  daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600

Attorneys for Defendants Aimmune
Therapeutics, Inc. and Jayson D.A. Dallas

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIMMUNE THERAPEUTICS, INC. SECURITIES LITIGATION | Master File No. 3:20-CV-06733-MMC<br><br>**DECLARATION OF MORGAN E. WHITWORTH CONCERNING NOTICE UNDER CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715**<br><br>Judge: Hon. Maxine M. Chesney |

I, Morgan E. Whitworth, declare and state as follows:

1. I am a member of the bar of the State of California and a partner with the law firm of Latham & Watkins LLP, counsel for Defendants Aimmune Therapeutics, Inc. and Jayson D.A. Dallas ("Defendants") in this matter. I have sufficient personal knowledge of the facts set forth herein that if called as a witness I could and would testify competently to those facts under oath.

2. Pursuant to Section 3.2 of the Stipulation of Settlement (ECF No. 244-1), dated January 17, 2025, Defendants were required to file "an appropriate affidavit or declaration" regarding compliance with the Class Action Fairness Act, 28 U.S. C. §§ 1711 et seq. ('CAFA').

3. On January 27, 2025, Defendants served the notice required by 28 U.S.C. § 1715 (the "Notice") via certified mail to the Acting Attorney General of the United States and the various attorneys general for all 50 states, the District of Columbia, the Commonwealth of Puerto Rico, and the territories of the United States Virgin Islands, American Samoa, Guam, and the Northern Mariana Islands, except that a copy of the Notice was sent by email to the Office of the Attorney General of the State of Connecticut at (AG.CAFA@CT.GOV), as directed by the website maintained by that office. A copy of the Notice is attached to this Declaration as Exhibit A.

4. As set forth in Exhibit A, and in conformity with the requirements of CAFA, the following materials were appended to the Notice: the Class Action Complaint, ECF No. 1; the Amended Class Action Complaint, ECF No. 52; Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Incorporated Memorandum of Law, ECF No. 243; the Declaration of Juan E. Monteverde in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, ECF No. 244, and all attached Exhibits, ECF No. 244-1 to 244-6; the Stipulation of Settlement, dated January 17, 2025, ECF No. 244-1, which includes: (1) Exhibit A, [Proposed] Order Preliminarily Approving Settlement and Providing for Notice; (2) Exhibit A-1, Notice of Pendency and Proposed Settlement of Class Action; (3) Exhibit A-2, Proof of Claim and Release; (4) Exhibit A-3, Summary Notice of Proposed Settlement of Class Action; and (5) Exhibit B, [Proposed] Final Judgment and Order of Dismissal with Prejudice.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

1

DECLARATION CONCERNING NOTICE UNDER
CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715
CASE NO. 3:20-CV-06733-MMC

I declare under penalty of perjury that the forgoing is true and correct.

Executed at San Francisco, California on July 2, 2025.

*Morgan Whitworth*
Morgan E. Whitworth